IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

TOWN OF DAVIS, a municipal
corporation,

    Petitioner,

v.

    Civil Action No. 2:05-CV-81

WEST VIRGINIA POWER AND
TRANSMISSION COMPANY, INC.,
a/k/a Allegheny Power, and CANAAN
VALLEY INSTITUTE, INC.,

    Respondents.

**FILED**

**JUL 2 6 2007**

U.S. DISTRICT COURT
ELKINS WV 26241

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Stephen P. O'Rourke, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 7/26/07.

_____
United States District Judge