IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT ELKINS

**TOWN OF DAVIS, a municipal corporation,**

    **Petitioner,**

v.                             Civil Action No. 2:05-00081

**WEST VIRGINIA POWER AND
TRANSMISSION COMPANY, INC.,
a/k/a Allegheny Power and
CANAAN VALLEY INSTITUTE, INC.,**

    **Respondents.**

## MEMORANDUM OPINION AND ORDER

Pursuant to Title 28, United States Code, Section 636, it is hereby **ORDERED** that this matter be referred to the Honorable Mary E. Stanley, United States Magistrate Judge for the Southern District of West Virginia, for disposition of discovery disputes arising pre-judgment and discovery disputes arising post-judgment (e.g., interrogatories in aid of execution, judgment debtor examinations, motions to compel answers to suggestions).

The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record and to Magistrate Judge Mary E. Stanley.

It is **SO ORDERED** this 7th day of September, 2007.

                                      ENTER:

                                      David A. Faber
                                      United States District Judge